IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JON COX, R-23562, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 11-cv-1023-MJR |
| | ) |
| S.A. GODINEZ, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER
# DISMISSING CASE

**REAGAN, District Judge:**

On November 21, 2011, Plaintiff Cox wrote to the Court, explaining that he intended for his complaint (Doc. 1 in the above-captioned civil action) to be filed as a criminal complaint, not a civil case, against the named Defendants (Doc. 3). The Court **CONSTRUES** Plaintiff's letter as a motion for voluntary dismissal of the action pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure. Voluntary withdrawal of his claim is Plaintiff's right. Accordingly, the motion to dismiss (Doc. 3) is **GRANTED,** and this action is **DISMISSED WITHOUT PREJUDICE**. All pending motions are **DENIED** as moot. Due to the error in filing, the civil filing fee for this action is **WAIVED**.

Finally, Plaintiff is **ADVISED** that a complainant does not have authority to file a criminal complaint on his own. Sole authority to initiate a *criminal* prosecution rests with the United States Attorney, who may be contacted in this Judicial District at:

United States Attorneys Office, 9 Executive Drive, Fairview Heights, Illinois, 62208.

    IT IS SO ORDERED.

    DATED December 6, 2011.

                                        <u>s/ MICHAEL J. REAGAN  </u>
                                        Michael J. Reagan
                                        U.S. District Judge